# United States Bankruptcy Court
# Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

## NOTICE OF NON−ENTITLEMENT TO DISCHARGE
## PURSUANT TO 11 U.S.C. SECTION 1328(f)(1) OR 1328(f)(2)

**DEBTOR(S) INFORMATION:**
Mengcheng Jin
**SSN:** xxx−xx−4882
**EIN:** N/A

11685 Picturesque Drive
Studio City, CA 91604

**BANKRUPTCY NO.** 1:09−bk−20051−MT
**CHAPTER** 13

To the Debtor(s), Debtor(s)' Attorney (if any), and Other Interested Parties:

It appears that a discharge has been granted to the above−named Debtor(s) under 11 U.S.C. Section 727, 11 U.S.C. Section 1141, or 11 U.S.C. Section 1228 in a case commenced within four years before the filing of the above pending case, or under 11 U.S.C. Section 1328 in a case commenced within two years before the filing of the above pending case. Pursuant to 11 U.S.C. Section 1328(f)(1) or 1328(f)(2), the debtor(s) is not eligible for a discharge in the above−captioned case.

Dated: August 24, 2009

By The Court,
**Jon D. Ceretto**
Clerk of Court

(Form van131 10/06 rev. 06/07) VAN−131

**11 / JW**